IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cv-730-SMY |
| | ) |
| FORD'S FOODS, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Notice of Voluntary Dismissal (Doc. 11), this matter is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** September 22, 2021

MARGARET M. ROBERTIE,
Clerk of Court

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

*Staci M. Yandle* 2021.09.22 15:54:52 -05'00'

**STACI M. YANDLE
DISTRICT JUDGE**